

April 19, 2023

VIA ECF

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/21/2023

Re:  *Donet v. Jim Buddy LLC,* Case No. 1:23-cv-1400 (ALC)

Dear Judge Carter:

We represent plaintiff Maricela Donet ("Plaintiff") in the above-referenced action. Defendant, Jim Buddy, LLC ("Defendant"), has contacted Plaintiff and requested an extension of time—from today, April 24, 2023, until May 25, 2023—to respond to Plaintiff's complaint. Defendant seeks this extension because the parties are continuing to discuss a potential resolution of this matter and are hopeful that it may be resolved. As no counsel has appeared for Defendant in this action, Plaintiff is submitting this request as a courtesy to Defendant, and Plaintiff consents to such request. Defendant has previously sought one request for an extension of its response deadline, which this Court granted on March 23, 2023. *See* Docket No. 7

    Respectfully submitted,
    */s/ William J. Downes*
    WILLIAM J. DOWNES
    Attorney for Plaintiff

cc:  All Counsel of Record (via ECF)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 21, 2023