USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/12/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DONET,** *individually, and on behalf of herself and all others similarly situated,*<br><br>　　　　　　　　　　　**Plaintiff,**<br><br>　　　　　　-against-<br><br>**JIM BUDDY, LLC**<br><br>　　　　　　　　　　　**Defendant.** | 23-cv-01400(ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of the Plaintiff's response to the Court's Order to Show Cause. ECF No. 14. Plaintiff requests an extension for Defendant's time to respond to the Complaint so that the parties may engage in settlement discussions. This is the parties' third extension request. *See* ECF Nos. 6, 8. Defendant is hereby **GRANTED** an extension until **August 18, 2023** to respond to Plaintiff's Complaint. The Order to Show Cause is resolved.

　　Any further extension requests must include a joint status report advising the Court of the status of the parties' settlement discussions.

**SO ORDERED.**

Dated:　　July 12, 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Andrew L. Carter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**