USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/23/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DONET,** *individually, and on behalf of herself and all others similarly situated,*

                **Plaintiff,**

          -against-

**JIM BUDDY, LLC**

                **Defendant.**

23-cv-01400(ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    On June 21, 2023, the Court issued an Order directing Plaintiff to show cause as to why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See* OSHOW, ECF No. 13. On July 7, 2023, Plaintiff responded to the Court's Order to Show Cause, requesting a third extension for Defendant's time to respond to the Complaint so that the parties may engage in settlement discussions. ECF No. 14. The Court resolved the Order to Show Cause, granted Plaintiff's request and directed the Defendant to file a response to the Complaint on or by August 18, 2023. ECF No. 15. To date, no answer or response has been filed.

    The parties are hereby **ORDERED** to submit a joint status report on or by **August 25, 2023** advising the Court of the current status of this matter.

**SO ORDERED.**

Dated:    August 23, 2023
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**