```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/1/2023____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DONET,** *individually, and on behalf of all others similarly situated*

       **Plaintiff,**

    -against-

**JIM BUDDY, LLC,**

       **Defendant.**

**23-cv-01400 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

  The Court is in receipt of the Parties' will hold a telephonic conference in this action on **November 8, 2023 at 2:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

**SO ORDERED.**

Dated: October 31, 2023
    New York, New York

                */s/ Andrew L. Carter*

                **ANDREW L. CARTER, JR.**
                **United States District Judge**