USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/8/2023__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DONET,

                 **Plaintiff,**

    -against-

JIM BUDDY, LLC,

                **Defendant.**

23-cv-01400 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Plaintiff's Notice of Voluntary Dismissal. ECF No. 23. The Court's November 7, 2023 telephonic conference on is hereby cancelled.

**SO ORDERED.**

Dated:   **November 8, 2023**
           **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**